# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-69** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **EUGENE STALLINGS, JR.,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 10th day of June, 2015, upon consideration of the motion (Doc. 213) to dismiss the superseding indictment (Doc. 52) by defendant Eugene Stallings, Jr., and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 213) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania