# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-69** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **EUGENE STALLINGS, JR.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of February, 2016, upon consideration of defendant Eugene Stallings, Jr.'s ("Stallings") oral motion to dismiss the superseding indictment (Doc. 52), and for the reasons stated in the accompanying memorandum and on the record on February 2, 2016, prior to the commencement of Stallings' trial, it is ORDERED that Stallings' motion is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania