IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:14-CR-69 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **EUGENE STALLINGS, JR.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of June, 2016, upon consideration of the motion (Doc. 395) filed by Attorney James H. Rowland, Jr., to appoint counsel for defendant Eugene Stallings, Jr. ("Stallings"), wherein Attorney Rowland informs the court that he has withdrawn as counsel for Stallings, (Doc. 394 at 1; Doc. 395 ¶ 3), and that Stallings wishes to file an appeal with the United States Court of Appeals for the Third Circuit, (Doc. 395 ¶ 1), but that Stallings can no longer afford retained counsel, (id. ¶¶ 2-3), and the court observing that Stallings has previously filed a Financial Affidavit (Doc. 78) from which the court has determined that Stallings qualifies for court-appointed counsel, and it appearing that the court entered judgment (Doc. 392) of sentence herein on June 21, 2016, and that Stallings' "notice of appeal must be filed in the district court within 14 days after . . . entry of . . . judgment," FED. R. APP. P. 4(b)(1)(A), and the court construing the motion (Doc. 395)

to appoint counsel as a motion for leave to withdraw as counsel, see PA. RULES PROF'L CONDUCT R. 1.16(c); see also L.R. 83.23.2, it is hereby ORDERED that:

1. Attorney Rowland shall file a notice of appeal on Stallings' behalf by close of business **Friday, July 1, 2016**.

2. Upon the effective filing of Stallings' notice of appeal, the construed motion (Doc. 395) shall be GRANTED, and Attorney James H. Rowland, Jr. is TERMINATED as counsel for Stallings in the above-captioned case. Counsel will thereafter be appointed to represent Stallings on appeal.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania