# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-69** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **EUGENE STALLINGS, JR.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of May, 2019, upon consideration of the motion (Doc. 470) by defendant Eugene Stallings, Jr., seeking expert funds pursuant to 18 U.S.C. § 3006A(e)(1), and in accordance with the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 470) is DENIED.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania