# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:14-CR-69 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **EUGENE STALLINGS, JR.,** | : |
| | : |
| **Defendant** | : |

## ORDER

AND NOW, this 26th day of March, 2021, upon consideration of defendant's motion (Doc. 450) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 450) is DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:18-CV-1264.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania